# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| AMEC Foster Wheeler | )     ASBCA No. 61522 |
| | ) |
| Under Contract No. W912HP-11-D-0006 | ) |

APPEARANCE FOR THE APPELLANT:     Richard B. Oliver, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:     Thomas J. Warren, Esq.
    Acting Engineer Chief Trial Attorney
    John P. Kassebaum, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Charleston

## ORDER OF DISMISSAL

The Board docketed this appeal on 12 February 2018. By letter dated 26 March 2018, prior to appellant filing its complaint, appellant requested to withdraw its appeal. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 29 March 2018

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61522, Appeal of AMEC Foster Wheeler, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals